## Hollinshead, Appellant, *v.* Hallowell.

Argued April 26, 1965.   Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

Before COYNE, P. J., specially presiding.

*David S. Foulke,* with him *Louis D. Stefan,* and *Foulke, Knight, Stefan & Timoney,* for appellant.

*Samuel H. High, Jr.,* with him *High, Swartz, Roberts & Seidel,* for appellee.

OPINION PER CURIAM, May 25, 1965:
Judgment affirmed.